# Levy Ratner

*Attorneys*

| | | |
|---|---|---|
| Daniel J. Ratner | Dana E. Lossia* | Aleksandr L. Felstiner♦ |
| Pamela Jeffrey | Micah Wissinger | Jessica I. Apter* |
| Carl J. Levine* | Ryan J. Barbur | Rebekah Cook-Mack |
| David Slutsky* | Alexander Rabb | Geoffrey A. Leonard♦ |
| Allyson L. Belovin | Laureve D. Blackstone* | |
| Robert H. Stroup | Kimberly A. Lehmann* | |

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o 212.627.8100
f 212.627.8182
levyratner.com

April 24, 2023

**BY ECF**

Clerk of Court
United States Court of Appeals for the
 Second Circuit
40 Foley Square
New York, NY 10007

Re: 1199SEIU United Healthcare Workers East v. PSC Community Services, et al., Dkt. Nos. 21-631, 21-633, 22-1587

Dear Sir or Madam:

I write to update the Court on counsel's availability for oral argument. The following dates are now unavailable: July 31-August 18. The week of July 24-28 is now available.

Thank you for your consideration.

Respectfully submitted,
*/s Laureve Blackstone*
Laureve Blackstone

Cc: All Counsel of Record via ECF

1-000-00464: 11383262

*Advancing the rights of everyone who works*

\* Admitted in NY and NJ.   • Admitted in NY and CA.   ♦ Admitted in NY and MI.